**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

USA,

                  Plaintiff(s),

    v.

JOSE VALENCIA-TORRES

                  Defendant(s).

                             /

CASE NO. 5:12-cr-00730-EJD

**ORDER OF REASSIGNMENT TO EXECUTIVE COMMITTEE (FUGITIVE STATUS)**

      This case is reassigned as to defendant Jose Valencia-Torres to the Executive Committee pursuant to General Order 44E.5. (Reassignment of Fugitive Criminal Cases).

**IT IS SO ORDERED.**

Dated: March 4, 2013

_____
EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:12-cr-00730-EJD
ORDER OF REASSIGNMENT TO EXECUTIVE COMMITTEE (FUGITIVE STATUS)